## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA                    CRIMINAL COMPLAINT
vs.                                         CASE: 10-25639MP
CRUZ-LOPEZ, LUIS                            Citizenship: MEXICO


   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about March 26, 2010, at or near Sasabe, Arizona, in the District of Arizona, Luis CRUZ-Lopez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Luis CRUZ-Lopez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Luis CRUZ-Lopez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on March 26, 2010, at or near Sasabe, Arizona.


04/01/2010                                  at Tucson, Arizona
File Date




                                        Signature of Complainant


Sworn to before me and subscribed in my presence,


Honorable Charles Pyle
United States Magistrate Judge



                                        Signature of Judicial Officer



FBI Number: 443729HD3

**UNITED STATES DISTRICT COURT**          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

Date: 04/01/2010          Case Number: 10-25639MP

USA vs. LUIS CRUZ-LOPEZ
U.S. MAGISTRATE JUDGE: CHARLES PYLE      Judge AO Code: 70BM
ASSIGNED U.S. Attorney: Christopher Lewis      INTERPRETER REQ'D:
Attorney for Defendant: Richard Madril (CJA)

PROCEEDINGS: [X] STATUS HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense     [X] Date of Arrest: 03/31/2010

OTHER:     Richard Madril (CJA) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Compliant, IT IS ORDERED, Government's Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without prejudice.

Recorded by Courtsmart    Status Hrg: 1
BY: Sherry Gammon
          Deputy Clerk

**UNITED STATES DISTRICT COURT**       **MAGISTRATE JUDGE'S MINUTE ORDER - GENERAL**
**DISTRICT OF ARIZONA - TUCSON**

CASE NUMBER: 10-25639MP                               DATE: 04/01/2010

**TITLE:** USA vs. LUIS CRUZ-LOPEZ

---

---

### HONORABLE MAGISTRATE JUDGE CHARLES PYLE

---

The United States has orally moved to dismiss the Complaint against the defendant, LUIS CRUZ-LOPEZ. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

Honorable Charles Pyle
United States Magistrate Judge

Arresting Agency: TCA                               By: Sherry Gammon
FBI Number: 443729HD3                               Deputy Clerk